IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 15-cv-00708-RBJ

BOND SAFEGUARD INSURANCE COMPANY,

     Plaintiff,

v.

MORLEY COMPANIES FAMILY DEVELOPMENT, LLLP aka Morley Family Development, LLLP, aka Morley Companies Family Development aka Morley Family Development aka Morley Companies Family Development, LLP aka Morley Companies Family Development, LLC aka Morley Companies;
BRYCE PHELAN-GROOMS;
CHARLES COLLINS;
KURSTYN E. MORLEY;
PETER FOSTER aka Pete Foster;
ROBIN F. MORLEY aka Robin Morley aka Robin Phelan aka Robin L. Morley aka Robin Lynn Morley;
JAMES F. MORLEY aka James Morley aka Jim Morley;
MORELY COMPANY FAMILY INVESTMENTS, LLP aka Morley Company Family Investment, LLLP aka Morley Company Family Investments, LLP aka Morley Company Family Investments2, LLLP aka Morley Company Family Investments2, LLP;
ENGINEERING & SURVEYING, INC. 4825 NORTH PARK, LLC MORELY COMPANIES, INC.;
TURKEY CANON QUARRY, INC.;
INFORMA, INC.;
STONE STREET INVESTORS, LLC;
PINONS OF TURKEY CANON RANCH, INC.;
MM RANCH, LLC;
KC REAL ESTATE INVESTMENT, LLC;
BRUSH HOLLOW FAMILY ENTERPRISES, LLLP;
MORLEY GOLF, LLC;
FRONT RANGE EXCAVATING & UTILITIES, LLC;
MORLEY COMPANIES FAMILY OIL, LLLP;
TGTB, LLC;
THE SPUD RANCH, LLC; and
JOHN DOES – MEMBERS OF MORLEY FAMILY, AND JOHN DOES – ENTITIES CONTROLLED BY MORELY FAMILY,

     Defendants.

ORDER TO SET SCHEDULING CONFERENCE

This matter comes before the Court *sua sponte*. The parties are ordered to set an initial scheduling conference in this Court (with Judge Jackson) pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 no later than 45 days after the answer, motion to dismiss or other response to the complaint is filed. Each party's lead trial counsel shall attend the conference. The conference shall be held in Courtroom A-902, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties are directed to jointly contact Chambers by telephone at (303) 844-4694 or by email at Jackson_Chambers@cod.uscourts.gov to obtain a scheduling conference date.

A meeting for the purposes of attempting to agree on a scheduling order and satisfying the requirements of Fed. R. Civ. P. 26(f) should be held no later than 21 days before the proposed scheduling order is tendered. The proposed scheduling order, which should be prepared as described in the local rules, should be tendered by email no later than five days before the scheduling conference. A copy of instructions for the preparation of a scheduling order and a form scheduling order can be downloaded from the Court's website (http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx).

DATED this 8th day of April, 2015.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge