IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 15-cv-00708-RBJ

BOND SAFEGUARD INSURANCE COMPANY,

    Plaintiff,

v.

MORLEY COMPANIES FAMILY DEVELOPMENT, LLLP aka Morley Family Development, LLLP, aka Morley Companies Family Development aka Morley Family Development aka Morley Companies Family Development, LLP aka Morley Companies Family Development, LLC aka Morley Companies;
BRYCE PHELAN-GROOMS;
CHARLES COLLINS;
KURSTYN E. MORLEY;
PETER FOSTER aka Pete Foster;
ROBIN F. MORLEY aka Robin Morley aka Robin Phelan aka Robin L. Morley aka Robin Lynn Morley;
JAMES F. MORLEY aka James Morley aka Jim Morley;
MORELY COMPANY FAMILY INVESTMENTS, LLP aka Morley Company Family Investment, LLLP aka Morley Company Family Investments, LLP aka Morley Company Family Investments2, LLLP aka Morley Company Family Investments2, LLP;
ENGINEERING & SURVEYING, INC. 4825 NORTH PARK, LLC MORELY COMPANIES, INC.;
TURKEY CANON QUARRY, INC.;
INFORMA, INC.;
STONE STREET INVESTORS, LLC;
PINONS OF TURKEY CANON RANCH, INC.;
MM RANCH, LLC;
KC REAL ESTATE INVESTMENT, LLC;
BRUSH HOLLOW FAMILY ENTERPRISES, LLLP;
MORLEY GOLF, LLC;
FRONT RANGE EXCAVATING & UTILITIES, LLC;
MORLEY COMPANIES FAMILY OIL, LLLP;
TGTB, LLC;
THE SPUD RANCH, LLC; and
JOHN DOES – MEMBERS OF MORLEY FAMILY, AND JOHN DOES – ENTITIES CONTROLLED BY MORELY FAMILY,

    Defendants.

ORDER RE: STIPULATED MOTION RESOLVING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

This matter came before the Court on May 26, 2015 for hearing on Plaintiff's Motion for Preliminary Injunction. ECF No. 5. At the time, counsel for Plaintiff and Defendants Morley Companies Family Development, LLLP, James Morley, Robin Morley and Peter Foster announced that they had reached a stipulation resolving the Motion for Preliminary Injunction.

These parties have now filed a Stipulated Motion Resolving Plaintiff's Motion for Preliminary Injunction ("Stipulated Motion"). ECF No. 35. The Court hereby approves and grants the Stipulated Motion. Defendants shall take the actions which they have agreed to in the Stipulated Motion. The Court finds that the Motion for Preliminary Injunction [ECF No. 5] is moot.

DATED this 1st day of June, 2015.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge